UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENSON E GOMEZ-RAMIREZ,
                          Petitioner,

                    -v-                                    26-CV-1860 (JPO)

SECRETARY KRISTI NOEM, *et al.*,                           ORDER
                          Respondents.

J. PAUL OETKEN, District Judge:

On March 16, 2026, the Court granted in part Petitioner Jenson E Gomez-Ramirez's

petition for writ of habeas corpus and ordered Respondents to provide Gomez-Ramirez with a

bond hearing before an Immigration Judge.  (ECF No. 7.)  Respondents filed a letter on March

19, 2026, seeking clarification of the Court's prior order.  (ECF No. 8.)

The Court hereby clarifies that the March 16, 2026 order requires a hearing at which the

Government shall bear the burden to demonstrate, by clear and convincing evidence, that

Gomez-Ramirez is a danger to the community or a flight risk.

SO ORDERED.

Dated:  March 19, 2026
         New York, New York

_____
              J. PAUL OETKEN
              United States District Judge