**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JENSON E. GOMEZ RAMIREZ,

                        Petitioner,                       26 **CIVIL** 1860 (JPO)

          -against-                             **JUDGMENT**

SECRETARY KRISTI NOEM, et al.,

                        Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Text Only Order dated May 26, 2026, the petition for habeas relief having been granted as stated at ECF No. 7; accordingly, the case is closed.

**Dated:**  New York, New York

      May 27, 2026

                                     **TAMMI M. HELLWIG**

                                         _____

                                          **Clerk of Court**

**BY:**

                                         _____

                                         **Deputy Clerk**